

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-6-2008

# Hunt v. US Tobacco Co

Precedential or Non-Precedential: Precedential

Docket No. 07-2134

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"Hunt v. US Tobacco Co" (2008). *2008 Decisions.* Paper 184.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/184

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 07-2134

GREGORY HUNT, individually and on behalf of himself and all
others similarly situated

v.

UNITED STATES TOBACCO COMPANY;
U.S. SMOKELESS TOBACCO COMPANY, f/k/a UNITED STATES TOBACCO
COMPANY; UNITED STATES TOBACCO SALES AND
MARKETING COMPANY, INC.;
UNITED STATES TOBACCO MANUFACTURING COMPANY, INC.; UST INC.;
U.S. TOBACCO BRANDS INC.; UNITED STATES SMOKELESS TOBACCO
MANUFACTURING LIMITED PARTNERSHIP

Appellants

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 06-cv-01099)
District Judge: Honorable Ronald L. Buckwalter

Argued April 17, 2008

Before: SCIRICA, Chief Judge, AMBRO and FISHER, Circuit Judges

(Opinion filed August 5, 2008)

**ORDER AMENDING PRECEDENTIAL OPINION**

AMBRO, *Circuit Judge*

IT IS NOW ORDERED that the published Opinion in the above case filed August 5, 2008, be amended as follows:

On page 13, line 4 of footnote 12, replace "929" with "928".

On page 24, line 6 of footnote 18, replace "172 A.2d 669" with "172 A. 669", *i.e.*, remove "2d".

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: November 6, 2008